# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV14-9313-GHK (JC) | Date | April 30, 2015 |
|---|---|---|---|
| Title | Adonai El-Shaddai aka James Ray Wilkerson v. M.C. Stainer, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorney Present for Plaintiff: | Attorney Present for Defendants: | |
| None | None | |

**Proceedings:**     (IN CHAMBERS) **ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY INITIAL PARTIAL FILING FEE**

On January 27, 2015, plaintiff was granted permission pursuant to 28 U.S.C. § 1915 (b)(1) to file the above-referenced action without prepaying the full filing fee of $350.00, but plaintiff was ordered to pay the initial partial filing fee, in the amount of $1.03, within thirty (30) days to the Clerk of Court. On March 2, 2015, the Court granted plaintiff's Request for Enlargement of Time for to Pay Partial Filing Fee (Docket No. 11) and extended the time to pay to March 27, 2015.

The plaintiff has not complied with 28 U.S.C. § 1915 (b)(1) and is hereby ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the initial partial filing fee.

Plaintiff may file a response to this Order to Show Cause no later than twenty-one (21) days from the date of this Order. Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action. If the full filing fee or initial partial filing fee is received within the twenty-one (21) day period, no further response to this Order to Show Cause is necessary.

Initials of Deputy Clerk: **hr**