UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONAI EL-SHADDAI, aka JAMES R. WILKERSON,<br><br>Plaintiff,<br><br>v.<br><br>M.D. STAINER, et al.,<br><br>Defendants. | Case No. CV 14-9313 GHK(JC)<br><br>(~~PROPOSED~~)<br><br>JUDGMENT |

In accordance with the Order Dismissing Second Amended Complaint without Leave to Amend, IT IS HEREBY ADJUDGED that the Second Amended Complaint is dismissed without leave to amend.

IT IS SO ADJUDGED.

DATED: 12/13/16

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE